**IMPORTANT: RETURN THIS FORM TO THE CLERKS'S OFFICE PROMPTLY, BUT NOT LATER THAN TWENTY DAYS AFTER YOUR APPEARANCE, ANSWER OR RESPONSIVE PLEADING**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES, ex rel.
STEVEN J. BANDER, M.D.
~~Plaintiff(s)~~,
RELATOR,

vs.

GAMBRO HEALTHCARE, INC.

Defendant(~~s~~).

Case No. 4:01 CV 00 553 DDN

## CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned (party*) (counsel of record for _Gambro Healthcare_) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgement, with direct review by the Eighth Circuit Court of Appeals if an appeal is filed.

Date: 12/1/04

Signature
Print Name: Thomas Carlucci

---

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned (party*) (counsel of record for _____) in the above-captioned civil matter hereby acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

Signature
Print Name: _____

---

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this cause, this _____ day of _____, 20___.

Signature

*Corporations may execute only by counsel

I:/magconst.wpd

IMPORTANT: RETURN THIS FORM TO THE CLERK'S OFFICE PROMPTLY, BUT NOT LATER THAN TWENTY DAYS AFTER THE APPEARANCE ANSWER OR RESPONSIVE PLEADING

RECEIVED
JUN 26 2001
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|   |   |
|---|---|
| Plaintiff(s),<br>UNITED STATES ex rel. STEVEN J. BANDER, M.D., Relator<br><br>vs<br><br>GAMBRO HEALTHCARE U.S., INC., Defendant<br><br>Defendant(s), | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:01CV00553DDN<br>)<br>)<br>) (FILED UNDER SEAL)<br>) |

## CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned (party*) (counsel of record for  The United States of America  ) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgement, with direct review by the Eighth Circuit Court of Appeals if an appeal is filed.

Date: June 26, 2001

Signature
Print Name: Claire M. Schenk

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned (party*) (counsel of record for _____) in the above-captioned civil matter hereby acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

Signature
Print Name: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this cause, this 26th day of June, 2001.

Signature

*Corporations may execute only by counsel

I:/magconst.wpd

**IMPORTANT:** RETURN THIS FORM TO THE CLERKS'S OFFICE PROMPTLY, BUT NOT LATER THAN TWENTY DAYS AFTER YOUR APPEARANCE, ANSWER OR RESPONSIVE PLEADING

RECEIVED
JUN 26 2001
U. S. DISTRICT COURT
E. DIST. OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES EX REL. )
STEVEN J. BANDER, M.D. )
    Plaintiff(s), )
) UNDER SEAL
)
vs. )
) Case No. 4:01CV00553DDN
GAMBRO HEALTHCARE U.S., INC., )
    Defendant(s), )

## CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned (counsel of record for __Steven J. Bander__) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgement, with direct review by the Eighth Circuit Court of Appeals if an appeal is filed.

Date: __6/25/01__

Signature: _[signed]_
Print Name: __Robert F. Murray__

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned (party*) (counsel of record for _____) in the above-captioned civil matter hereby acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

Signature
Print Name: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this cause, this _____ day of _____, 19___.

__N/A - Case Under Seal__
Signature

*Corporations may execute only by counsel

I:/magconst.wpd